ORIGINAL

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED

SEP 2 6 2005

CLERK, U.S. DISTRICT COURT
By _____ Kc/
          Deputy

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS, DALLAS DIVISION

ROGER L. MAXWELL,
    PLAINTIFF,

VS.                                    CAUSE NO. 3-05CV 0402B

JENKENS & GILCHRIST, P.C.,
    DEFENDANT.

## CERTIFICATE

I, HOWARD R. FALLON, do hereby certify and swear that:
    SHARON MOTLEY,
1. Custodian of Records for DALLAS EAR, NOSE, AND THROAT CENTER/DR. MICHAEL KRONENBERGER, the witness,
was sworn, and the written questions served by the Attorney for the DEFENDANT in this matter were answered by him/her.

2. That the Exhibit A is a true and accurate record of his/her written testimony.

3. The amount of the charges for preparation of the completed deposition transcript and copies of exhibits is $160.50.

4. The deposition was submitted to the witness on 09-21-05 for examination and signature and returned on that same date.

5. There were NO changes made to the deposition.

6. The original deposition together with copies of exhibits numbering 34 pages and ___0___ miscellaneous items (_____) was delivered to the requesting attorney by mail requested on September 22, 2005.

7. A copy of this certificate was served upon all parties of this action pursuant to Texas Rules of Civil Procedure.

8. Amount of time used: deposition upon written questions.

    I further certify that I am neither of counsel nor related to parties to the action, nor am I in any way interested in the results of said cause.

**FOR THE ATTORNEY:**
DAVID A SCOTT, ESQ.
JACKSON LEWIS, L.L.P.

HOWARD FALLON
Notary Public, Texas
My Commission Expires: 07-02-06

JOB#: 0287376
CERTIFICATE

**RECORDS DEPOSITION SERVICE**®
**OF TEXAS**
INCORPORATED

100 N. CENTRAL EXPWY.
STE. #1250
DALLAS, TX 75201
PHONE: (214) 760-7600
FAX: (214) 760-0222
www.rdstexas.com

September 22, 2005

CLERK
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION
1100 COMMERCE ST., RM. 14A20
DALLAS, TX 75242

RE: ROGER L. MAXWELL vs JENKENS & GILCHRIST, P.C.
CAUSE NO.: 3-05CV 0402B    REGARDING: ROGER L. MAXWELL

Dear Clerk:

Please file the enclosed Certificate(s) of Deposition Upon Written Questions from:

DALLAS EAR, NOSE, AND THROAT CENTER/DR. MICHAEL KRONENBERGER, JOB# 0287376

The Notary Public, Howard R. Fallon or Records Deposition Service of Texas, Inc., 100 N. Central Expwy., Ste. 1250, Dallas, Texas obtained the records upon Written Questions.

By copy of this letter, all counsel of records are noticed of this filing.

Thank you for your cooperation in this matter.

Sincerely,

Howard R. Fallon, President
Records Deposition Service
of Texas, Inc.

Enclosure(s)

CC:
   MICHAEL SHORE, ESQ.
   DAVID SCOTT, ESQ.